### 4372.  LAMBERT *v.* THE STATE.

HILL, C. J.  1. The offense of selling intoxicating liquor is sufficiently shown by proof of one sale.

2. The jury are fully authorized to believe one witness, who testifies positively to the fact of one sale, though his evidence as to that fact be directly contradicted by the evidence of many witnesses.

3. No error of law is complained of, the evidence supports the verdict, and the judge of the superior court did not err in overruling the certiorari.
                                                  *Judgment affirmed.*

                    DECIDED OCTOBER 22, 1912.

Certiorari; from Pulaski superior court—Judge Martin. August 3, 1912.

*M. H. Boyer, W. L. & Warren Grice,* for plaintiff in error.